IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| V. | CASE NO. 5:10-CR-50097 | |
| NICHOLAS GRAY | | DEFENDANT |

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 49) of Magistrate Judge James R. Marschewski, filed on July 12, 2018. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 49) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. Section 2255 (Doc. 45) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 8th day of August, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE