# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                           **CASE NO. 5:10-CR-50097**

**NICHOLAS GRAY**                                                                            **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 55) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on March 25, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 55) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion Requesting Jail Credit (Doc. 53) is **DENIED** for lack of jurisdiction.

**IT IS SO ORDERED** on this 14th day of April, 2020.


       /s/ Timothy L. Brooks
       TIMOTHY L. BROOKS
       UNITED STATES DISTRICT JUDGE